680

*November 12, 1932.*

ZIELSDORF (GENEVIEVE), Respondent, vs. BUCHHOLZ and another, Appellants.

For the appellants: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Kneeland A. Godfrey* of counsel, all of Milwaukee.

For the respondent: *Bottum, Hudnall, Lecher, McNamara & Michael* of Milwaukee.

*By the Court.*—Judgment affirmed.

ZIELSDORF (EUGENE), Respondent, vs. BUCHHOLZ and another, Appellants.

For the appellants: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Kneeland A. Godfrey* of counsel, all of Milwaukee.

For the respondent: *Bottum, Hudnall, Lecher, McNamara & Michael* of Milwaukee.

*By the Court.*—Judgment affirmed.

*December 6, 1932.*

WAGLER, Respondent, vs. SCHUSTER and another, Appellants.

For the appellants: *D. J. Regan* of Milwaukee.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Kenneth P. Grubb* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.